UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY SHINN,

        Plaintiff,        Case No.  09-13799
                                   Honorable Avern Cohn

v.

DETROIT PUBLIC SCHOOLS, et al,

        Defendants.

_____/

## ORDER GRANTING  DEFENDANTS' MOTION TO STAY

Before the Court is the defendants' Motion to Stay.  The Court being fully advised in the premises,

    IT IS ORDERED that the motion is GRANTED.

    SO ORDERED.

Dated:  March 4, 2011                s/Avern Cohn
                                                    AVERN COHN
                                                    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, March 4, 2011, by electronic and/or ordinary mail.

                                                    s/Julie Owens
                                                    Case Manager, (313) 234-5160