

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLI SHINN, Individually and as the
Personal Representative of the
Estate of Destini Shinn, Deceased,
Plaintiff
vs.                                          U.S.D.C. Case No. 2:09-cv-13799
                                             Judge: Avern Cohn

DETROIT PUBLIC SCHOOLS,
STEVEN D. ARTT, and
VIVIAN HAWKINS WASHINGTON,
Individually and in their Official
Capacities Defendants.

## CONSENT JUDGMENT

The Court has reviewed the stipulation between the parties, the judgment and other pleadings and with the Court being otherwise fully advised in the premises:

**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff Kelli Shinn, Individually and as Personal Representative of the Estate of Destini Shinn, and against the Defendant Detroit Public Schools ("DPS") in the amount of $425,000.00 (FOUR HUNDRED TWENTY FIVE THOUSAND DOLLARS), inclusive of all costs, interest, and attorney fees.

DPS shall pay the judgment by means of placing the judgment upon the tax rolls pursuant to MCL 600.6094 in sufficient time to be included in the July 1, 2012 tax bills, and DPS shall issue a check for the full amount of the judgment made payable to Plaintiff and Plaintiff's counsel on or before August 23, 2012.

This Consent Judgment constitutes a judgment described § 27A.6094 and § 27A.6097 of the Michigan Revised Judicature Act, being MCL 600.6094 and 600.6097, and § 1643 of the Michigan Revised School Code, being MCL 380.1643, and DPS shall have the right to utilize the means of raising money described in §27A.6094, § 27A.6097, or § 1643-§ 1644, to pay or finance the cost of this Judgment including the issuance of general obligations bonds, payable from the general funds of DPS and the proceeds of any taxes which DPS may be authorized by levy within statutory and constitutional limitations. If DPS chooses to issue bonds, the proceeds of any such bonds may be used to pay all costs incurred in connection with issuing such bonds.

This judgment does not intend to and shall not be interpreted to impair any remedy lawfully available to the Plaintiff in the event of failure to timely pay pursuant to this consent judgment.

Nothing in this judgment prohibits DPS from making the required payment prior to the date set forth above and early payment is encouraged where possible.

Once the judgment amount has been paid in full to the Plaintiff and Plaintiff's counsel, DPS shall provide Plaintiff with an acceptable Satisfaction of Judgment form, which Plaintiff shall sign and return to DPS.

**IT IS FURTHER ORDERED AND ADJUDGED** that DPS shall undertake all actions necessary to effectuate the terms of this judgment.

This court shall retain jurisdiction of this matter until satisfaction of

judgment is entered.

                                                                _____
                                                                   (Signature)

Entered on 05/01/2012                 Judge, United States District Court

/s/David Robinson                              /S/Randal Brown

| David A. Robinson (P38754) | KENNETH L. LEWIS (P26071) |
|---|---|
| ROBINSON & ASSOCIATES, P.C. | RANDAL M. BROWN (P70031) |
| Attorneys for Plaintiff | PLUNKETT COONEY |
| 28145 Greenfield Road, Suite 100 | Attorneys for Defendants |
| Southfield, MI 48076 | 535 Griswold, Suite 2400 |
| (248) 423-7234 | Detroit, MI 48226 |
| E-mail: | (313) 983-4790 |
| attyrobinson@davidarobinsonlaw.com | (313) 983-4754 |
| | Fax: (313) 983-4350 |
| | E-mail: klewis@plunkettcooney.com |
| | E-mail: rbrown@plunkettcooney.com |